# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 DEC 16 AM 9:45
CLERK_____
SO. DIST. OF GA.

Quinten Q. Jenkins (P0907387)
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

John Wilcher
CNA Stevenson
Correct Health (medical provider)
(Enter above the full name of the defendant(s).)

**I. Previous Lawsuits**

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )   No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s): _____
   _____

   Defendant(s): _____
   _____

2. Court (name the district): _____
   _____

3. Docket Number: _____

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _____

    5. Did the previous case involve the same facts?

        Yes ( )    No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: Chatham County Detention Center

    B. Is there a prisoner grievance procedure in this institution?

        Yes (✓)    No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

        Yes (✓)    No ( )

    D. If your answer is YES:
        1. What steps did you take and what were the results? First I told the working CNA, which as CNA Dampacy. Then put my issue on the CCDC Kiosk under grievance. My grievance was rejected. I appealed my grievance. The following morning I was sent to sick call.

        2. If your answer is NO, explain why not: _____

Rev. 12/5/07

III. **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Quinten Q. Jenkins

Address(es): 2301 Oglethorpe Drv. Pooler Ga, 31322

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): John Wilcher, CNA Stevenson, Correct Health

Employed as Sheriff, Medical Employee, Medical provider

at Chatham County Detention Center

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

First my situation started on 11-12-19, concerning my eczema cream. I requested hydrocortisone cream but recieved cyclotrisone cream. I was told by CNA Stevenson to try it out, because it has the same thing in hydrocortisone. I tried the cyclotrisone cream for a day. I didn't like the build up of the cream on my skin. I notice the next day my skin was beginning to break out. I told CNA Dampach about the situation. He wrote a note and told me he was going to put the correct order in. I went to pill call the next couple of days and my cream still wasn't in. By then areas where I applied the cyclotrisone cream begin to

**IV.    Statement of Claim (Cont'd)**

get worse. Another day past I believe its 11-17-19 now. I went back to pill call to check if my correct cream was in. CNA Stevenson gave me back the exact cream CNA Dampach took from me. CNA Stevenson didn't read the note CNA Dampach left. I kept the cyclotrisone cream until CNA Dampach came back. Because it seem like he's the only one getting my medication right. By the rashes got worse over my body. It took about one weak and a half to get my correct cream. My hydrocortisone cream came in on 11-21-19 and I recieved it on 11-22-19, from CNA Dampach. So I go back to pill call the next day to check and see if my mental health medicine was in. It wasn't but I was given an inhailer. The inhailer was Joseph Jenkins inhailer, not knowing at the time. I used Joseph Jenkins inhailer for several days. I started to experience headaches and sores in my mouth. Thinking its from the food I was eating I lighten up on season I put on my food. That wasn't the case. Once again not reading the name on the medication box. CNA Stevenson gave me Joseph Jenkins inhailer. CNA Dampach returned and I asked for my inhailer. He told me I didn't have one. I asked whose name on that box with my last name on the top. He told me Joseph Jenkins. Thats how I found out I was using someone else inhailer. I put a grievance in the same day I found out the inhailer wasn't mines. I told medical about the situation and my grievance was rejected. I appealed it stating for them to roll the camera's back from the last several days. I was put on sick call that next day. To be treated for my headaches and the sores in my mouth. My appeal still hasn't been answered. Since then my pressure

**V.    Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

First I would like for CNA Stevenson to be held accountable for giving me someone else medication. She didn't follow proper procedures, resulting in the wrong medication being given to me. Sheriff John Wilcher should be held accounted for his medical staff. Correct Health is also responsible for not assiting Chatham County Detention Center medical staff with the proper treining. I would like the court to order that I be seen by a physician to evaluate my condition. To determine if there will be reocuring problems as a result of the neglegence of the medical department of CCDC. Also I would like to be compensated for the emotional duress that I suffered. While trying to get seen about the effects of being giving the wrong medication.
Rev. 12/5/07

IV. Statement of Claim (Cont'd)

has been bothering me. I asked to get my vitals checked on 12-3-19 because I was experiencing a bad headache. I got it checked by CNA Stevenson, but it was never documented. I put a grievance in about that, but it also got rejected. Headaches and the itch of the mouth still occur.

## V. Relief (Cont'd)

~~[lined area crossed out with large X]~~

Signed this  11  day of  December , 20 19 .

_____ (P0907387)
Signature of Plaintiff

**STATE OF** Georgia
**COUNTY (CITY) OF** Savannah / Chatham

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON**  12-11-2019
                   (Date)

_____ (P0907387)
Signature of Plaintiff

Rev. 12/5/07

I hereby execute this power of attorney with proper authority.

This 12th day of December, 2019

_Quinten Q. Jenkins_
(Name)
_2301 Oglethorpe Drv_
Address
_Pooler Ga 31322_

_[signature]_
Witness

_MAURICE FOARD_
Print Name

POWER OF ATTORNEY

Sworn to and subscribed before me this 12th day of December, 2019.

_Cynthia D. Taylor_
Notary

_Cynthia D. Taylor_
Print Name

644-5742

[Notary Seal: CYNTHIA D. TAYLOR, NOTARY PUBLIC, CHATHAM COUNTY, GEORGIA, EXPIRES JUNE 11, 2022]

My Commission Expires: 6/11/2022



Quinton Q Jenkins (P0907387)
GCDC 1050 Carl Griffen Dr
Savannah, Ga 31405

United States District Court
P.O. Box 8286
Savannah, Ga
31412