AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUINTEN Q. JENKINS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-337

JOHN WILCHER; STEVENSON,
CNA; and CORRECT HEALTH,
Medical Provider;

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated November 22, 2021 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, the Plaintiff's Complaint is dismissed. This case stands closed.



November 22, 2021 — Date

John E. Triplett, Clerk of Court — Clerk

(By) Deputy Clerk

GAS Rev 10/2020